United States District Court
Southern District of Texas
**ENTERED**
October 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs | § § § | CASE NO. 7:22-MJ-1974 |
| ENRIGUE RAZO, Sr. | § | |

## ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your MOTION TO SUBSTITUTE COUNSEL (Crim. Dkt. No. 9); however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. ☐ Document is not signed. (L.R.11.3)

2. ☐ Document does not comply with L.R.11.3.A

3. ☐ Caption of the document is incomplete. (L.R.10.1)

4. ☐ No certificate of service or explanation why service is not required. (Cr.L.R.12.4)

5. ☐ Motion does not comply with Cr. L.R.12.2.
   a. **X** No statement of opposition or non-opposition. (Cr.L.R.12.2.)
   b. **X** No statement of conference between counsel. (Cr.L.R.12.2)
   c. ☐ No separate proposed order attached. (Cr.L.R.12.2.)

6. **X** Other: No signature of Defendant's current counsel.

The document is struck from the record.

Date: 10/28/2022

Juan F. Alanis
United States Magistrate Judge

1